| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Rick's, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Airgas<br>P.O. Box 734672<br>Dallas, TX 75373-4672 | | Vendor | | | | $7,357.44 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265 | | Credit Card | | | | $3,810.12 |
| Bank of America<br>PO Box 851001<br>Dallas, TX 75285 | | Credit Card | | | | $21,984.81 |
| Buyers A<br>9049 Tyler Road<br>Mentor, OH 44060 | | | | | | $3,117.94 |
| CanCapital<br>2015 Vaughn Rd. NW<br>Ste. 500<br>Kennesaw, GA 30144 | | Loan | | | | $78,638.24 |
| Captial Volvo Truck & Trailer<br>P.O. Box 9427<br>Montgomery, AL 36108 | | Vendor | | | | $4,535.39 |
| Chase Card Services<br>P.O. Box 6294<br>Carol Stream, IL 60197-6294 | | Credit Card | | | | $9,040.65 |
| Consolidated Electrical Dist.<br>P.O. Box 936364<br>Atlanta, GA 31193-6364 | | Vendor | | | | $3,245.24 |
| Dalton Bearing & Hydraulic, LLC<br>P.O. Box 393<br>Blaine, TN 37709 | | Vendor | | | | $4,720.04 |

Debtor: **Rick's, Inc.**  
Case number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| ECCO<br>15302 Collections Center Drive<br>Chicago, IL 60693 | | Vendor | | | | $2,397.01 |
| Johnson & Hood<br>41075 Hwy 195<br>Haleyville, AL 35565 | | Accountant | | | | $2,924.54 |
| Jones Interstate Tire Co.<br>P.O. Box 2713<br>Columbus, MS 39704-2713 | | Vendor | | | | $4,924.71 |
| Lakeland Community Hospital<br>P.O. Box 1619<br>Morristown, TN 37816 | | | | | | $2,470.50 |
| Precision Truck Products, Inc.<br>P.O. Box 1224<br>Salem, IL 62881 | | Vendor | | | | $19,275.12 |
| Sabel Steel Service<br>P.O. Box 4747<br>Montgomery, AL 36103-4747 | | Vendor | | | | $8,736.65 |
| Sandra Wright, Revenue Commissioner<br>P.O. Box 160<br>Double Springs, AL 35553 | | Property Tax | | | | $9,528.70 |
| Unistrut Alabama Strut Services Group<br>P.O. Box 5321<br>Birmingham, AL 35207 | | Vendor | | | | $4,586.40 |
| Varisystems, Inc.<br>5304 Hubalta Road SE<br>Calgary Alberta T2B 1T6 Canada | | Vendor | | | | $4,438.00 |
| Velvac, Inc.<br>Bin No. 53052<br>Milwaukee, WI 53288-0052 | | Vendor | | | | $2,197.99 |
| Veterans Oil, Inc.<br>2070 Highway 150<br>Bessemer, AL 35022 | | Vendor | | | | $8,257.81 |