# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. |
| | ) | |
| RICK'S INC., | ) | 20-81043-CRJ-11 |
| | ) | |
| DEBTOR. | ) | CHAPTER 11 |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

The United States Bankruptcy Administrator for the Northern District of Alabama hereby appoints the following qualified individual as the Subchapter V Trustee in the above-captioned case until such time that the Trustee's services are discharged or otherwise terminated:

    Kevin Heard
    Heard, Ary & Dauro, LLC
    303 Williams Avenue SW
    Park Plaza Suite 921
    Huntsville, AL  35801
    Telephone No. (256) 535-0817
    Fax No. (256) 535-0818
    Email:  kheard@heardlaw.com

**DATED** this the 20th day of April 20, 2020.

                                           J. THOMAS CORBETT
                                           United States Bankruptcy Administrator
                                           Northern District of Alabama

                    BY:    /s/ Richard M. Blythe
                            Richard M. Blythe
                            Assistant U.S. Bankruptcy Administrator
                            Bar ID No. ASB-3199-B52R
                            Richard_Blythe@alnba.uscourts.gov

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama
Seybourn H. Lynne Federal Building
Post Office Box 3045
400 Well Street NE, Room 236
Decatur, AL 35602
(256) 340-2740

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April, 2020, I have served a copy of the foregoing via email through the Court's CM/ECF electronic filing system on the parties listed below:

Stuart M. Maples, Esq.
Attorney for the Debtor
SMaples@mapleslawfirmpc.com

Kevin D. Heard
Trustee
kheard@heardlaw.com

                                                /s/ Richard M. Blythe