IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| RICK'S, INC. | ) CASE NO. 20-81043-CRJ-11 |
| EIN: XX-XXX9830 | ) CHAPTER 11, SUBCHAPTER V |
| | ) |
| Debtor. | ) |

## MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL

COMES NOW Rick's, Inc., as debtor-in-possession in the above-styled Chapter 11 case ("Debtor"), and requests this Court for authorization to use cash collateral. In support of this Motion, Debtor states as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this Chapter 11 case under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for the relief this Motion seeks are Bankruptcy Code §§ 105(a), 363(b), and 507(a)(4) and (5) and Bankruptcy Rules 6003 and 6004.

### BACKGROUND

3. Rick's, Inc., is an Alabama corporation with its principal place of business at 17901 Highway 278, Double Springs, Alabama 35553.

4. Debtor is engaged in the business of the sale of automotive parts.

5. On April 13, 2020 (the "Petition Date"), Debtor filed a voluntary petition in this Court under Chapter 11, Subchapter V of the United States Code, 11 U.S.C. § 101 *et seq.* (the

1

"Bankruptcy Code"). Debtor continues to operate its business as a debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

6. On April 20, 2020, the Bankruptcy Administrator appointed Kevin Heard as the Subchapter V Trustee [Doc 6].

7. Debtor plans to continue to operate its business and manage its business as a debtor in possession under §§ 1107(a) and 1108 of the Bankruptcy Code. Through the filing of this Chapter 11 petition, Debtor seeks to accomplish a successful reorganization of its business, which will allow Debtor post-confirmation to continue to operate its business.

## RELIEF REQUESTED

8. The accounts receivable which are subject to the existing security agreement constitute "cash collateral" within the meaning of § 363(a) of the Bankruptcy Code. Section 363(c)(2) prohibits a debtor from utilizing cash collateral without the consent of such party or absent Court approval.

9. Pursuant to § 363(c)(2)(B), Debtor seeks authorization from this Court, after notice and hearing, to use the cash collateral.

10. Debtor's only source of cash for the continued operation of its business is operating revenue, which is cash collateral. Debtor has an immediate need for authority to continue to use the cash collateral in its ongoing business operations. If Debtor is not permitted to use the cash collateral, it will have to shut down its business, thus hindering any prospects of future reorganization.

11. Upon information and belief, CAN Capital, Inc. has an interest in the cash collateral.

12. A three (3) month rolling budget, which is attached as <u>Exhibit A</u>, indicates that the Debtor anticipates being profitable and protecting the cash collateral position of CAN Capital, Inc.

13. WHEREFORE, the Debtor respectively requests this Court to enter an Order permitting use of cash collateral upon the terms and conditions stated herein, including the granting of a replacement lien, and to grant such other and further relief as this Court deems just and proper.

Respectfully submitted April 22, 2020.

                                                      */s/ Stuart M. Maples*
                                                     STUART M. MAPLES
                                                     (ABS-1974-S69S)

MAPLES LAW FIRM, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
Tel: (256) 489-9779
Fax: (256) 489-9720
smaples@mapleslawfirmpc.com

3

# CERTIFICATE OF SERVICE

I do hereby certify that on April 22, 2020, a copy of the foregoing document was served on the following by Electronic Case Filing a copy of the same.

Richard Blythe
P. O. Box 3045
Decatur, AL  35602
*Bankruptcy Administrator*

Kevin Heard
Subchapter V Trustee
Heard, Ary & Dauro, LLC
303 Williams Avenue SW
Park Plaza Suite 921
Huntsville, AL 35801

Cathy Werner
CAN Capital, Inc.
cwerner@cancapital.com

20 Largest Unsecured Creditors

All parties requesting notice

*/s/ Stuart M. Maples*
STUART M. MAPLES

4

# Rick's Inc
## *Income Statement*
### 01/01/2020 to 4/6/2020

|  | January 01, 2020<br>April 06, 2020 |  |
|---|---:|---:|
| Income |  |  |
|   Income Trucking | 143,488.68 | 120.5 % |
|   Income Parts | 106,622.85 | 89.6 % |
|   Income Truck Sales | 42,151.96 | 35.4 % |
|   INCOME AUTOMOBILES | 1,119.61 | 0.9 % |
|   A/R Corrections | (2,289.74) | -1.9 % |
|   Finance Charge Income | 1,539.17 | 1.3 % |
|   Miscellaneous Income | 11.12 | 0.0 % |
|   Cost of Good Sold - Trucks/Cars | (20,942.00) | -17.6 % |
|   Cost Of Goods Sold - Parts | (152,657.51) | -128.2 % |
|   Purchase Discounts | (4.11) | 0.0 % |
| TOTAL Income | 119,040.03 | 100.0 % |
|  |  |  |
| ****** NET INCOME | 119,040.03 | 100.0 % |
|  |  |  |
| ****** GROSS PROFIT | 119,040.03 | 100.0 % |
|  |  |  |
| Expenses |  |  |
|   Salaries & Wages | 66,019.80 | 55.5 % |
|   Payroll Tax Expense | 9,051.16 | 7.6 % |
|   Advertising | 759.51 | 0.6 % |
|   Service Charges | 183.99 | 0.2 % |
|   Contributions | 50.00 | 0.0 % |
|   Uniforms | (294.80) | -0.2 % |
|   General Insurance | 1,759.37 | 1.5 % |
|   Workmens Comp Ins | 1,455.32 | 1.2 % |
|   Licenses, Tags, Permits | 274.74 | 0.2 % |
|   Fuel / Oil | 7,128.98 | 6.0 % |
|   Shop Supplies | 353.94 | 0.3 % |
|   Offic Expense | 374.43 | 0.3 % |
|   Postage | 2,850.29 | 2.4 % |
|   Legal /Accounting/ Professional | 83.86 | 0.1 % |
|   RENT/LEASE EXPENSE | 3,059.96 | 2.6 % |
|   Repairs & Maintenance | 1,718.00 | 1.4 % |
|   Taxes, Penalties, Fines | 360.00 | 0.3 % |
|   Telephone | 4,122.25 | 3.5 % |
|   Utilities | 10,755.98 | 9.0 % |
| TOTAL Expenses | 110,066.78 | 92.5 % |

|  | January 01, 2020 April 06, 2020 | |
|---|---:|---:|
| ****** OPERATING PROFIT | 8,973.25 | 7.5 % |
| ****** PROFIT BEFORE TAXES | 8,973.25 | 7.5 % |
| ****** NET PROFIT | 8,973.25 | 7.5 % |