# United States Bankruptcy Court
## Northern District of Alabama

In re **Rick's, Inc.**  
Debtor(s)

Case No. **20-81043**  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Rick's, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 28, 2020**  
Date

**/s/ Stuart M. Maples**  
**Stuart M. Maples**  
Signature of Attorney or Litigant  
Counsel for **Rick's, Inc.**  
**Maples Law Firm, PC**  
**200 Clinton Ave. West, Ste 1000**  
**Huntsville, AL 35801**  
**(256) 489-9779 Fax:(256) 489-9720**