UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| | } | |
| RICK'S INC. | } | Case No. 20-81043-CRJ-11 |
| | } | |
| Debtor(s) | } | Chapter 11, Subchapter V |

**ORDER VACATING ORDER TO SHOW CAUSE WHY
CASE SHOULD NOT BE DISMISSED FOR FAILURE
TO COMPLY WITH 11 U.S.C. § 1116(1)**

On April 21, 2020, the Court entered an Order to Show Cause Why Case Should not be Dismissed for Failure to Comply with 11 U.S.C. § 1116(1) based upon Debtor's failure to either append to the Voluntary Petition its most recent balance sheet, statement of operations, cash-flow statement, and Federal income tax return; or a statement made under penalty of perjury that no balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal tax return has been filed.

On April 28, 2020, the Debtor filed a Verified Statement, affirming under penalty of perjury that the Debtor did not append a recent balance sheet, statement of operations, or cash-flow statement to its Voluntary Petition because the documents have not been prepared and a tax return for 2019 has not been filed yet.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that the Order to Show Cause Why Case Should not be Dismissed for Failure to Comply with 11 U.S.C. § 1116(1) is hereby **VACATED**.

Dated this the 30th day of April, 2020.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge