IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| RICK'S, INC. | ) CASE NO. 20-81043-CRJ-11 |
| EIN: XX-XXX9830 | ) CHAPTER 11, SUBCHAPTER V |
| | ) |
| Debtor. | ) |

### NOTICE OF CONTINUATION OF TELEPHONIC 341 MEETING OF CREDITORS

COMES NOW the debtor, Rick's, Inc., and notifies all creditors and parties in interest that the telephonic 341 meeting of the creditors [Doc 13] currently set for May 19, 2020, at 2:00 p.m. is hereby **continued to May 26, 2020**, **at 2:00 p.m.**

**Dial-in information:**
**Dial In:** 1-888-363-4749
**Access Code:** 2940997

**DO NOT COME TO THE COURTHOUSE. THIS MEETING WILL TAKE PLACE BY TELEPHONE ONLY.**

                                                                                         */s/Stuart M. Maples*
                                                                                         STUART M. MAPLES

MAPLES LAW FIRM, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
(256) 489-9779 – Telephone
(256) 489-9720 – Facsimile
smaples@mapleslawfirmpc.com

# CERTIFICATE OF SERVICE

I do hereby certify that on May 15, 2020, a copy of the foregoing document was served on the following by Electronic Case Filing or via United States Mail, postage prepaid and properly addressed.

Richard Blythe
P. O. Box 3045
Decatur, AL 35602
*Bankruptcy Administrator*

Kevin Heard
Subchapter V Trustee
Heard, Ary & Dauro, LLC
303 Williams Avenue SW
Park Plaza Suite 921
Huntsville, AL 35801

20 Largest Unsecured Creditors

All parties requesting notice via the Court's ECF system

All parties on the attached creditor matrix

I do hereby certify that on May 15, 2020, a copy of the foregoing document was served on the following by Electronic Mail:

Cathy Werner
Chris Meadows
Kathleen O'Connell
CAN Capital, Inc.
cwerner@cancapital.com
CMeadows@cancapital.com
KOConnell@cancapital.com

*/s/ Stuart M. Maples*
Stuart M. Maples

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-8<br>Case 20-81043-CRJ11<br>NORTHERN DISTRICT OF ALABAMA<br>Decatur<br>Fri May 15 11:03:46 CDT 2020 | Consolidated Electrical Distributors<br>P. O. Box 936364<br>Atlanta, GA 31193-6364 | Rick's, Inc.<br>17901 Highway 278<br>Double Springs, AL 35553-3346 |
| U. S. Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602-2775 | *Airgas<br>P.O. Box 734672<br>Dallas, TX 75373-4672 | *American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 |
| *Bank of America<br>PO Box 851001<br>Dallas, TX 75285-1001 | *Buyers A<br>9049 Tyler Road<br>Mentor, OH 44060-1868 | *CanCapital<br>2015 Vaughn Rd. NW<br>Ste. 500<br>Kennesaw, GA 30144-7831 |
| *Captial Volvo Truck & Trailer<br>P.O. Box 9427<br>Montgomery, AL 36108-0009 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | *Consolidated Electrical Dist.<br>P.O. Box 936364<br>Atlanta, GA 31193-6364 |
| *Dalton Bearing & Hydraulic, LLC<br>P.O. Box 393<br>Blaine, TN 37709-0393 | *ECCO<br>15302 Collections Center Drive<br>Chicago, IL 60693-0153 | *Johnson & Hood<br>41075 Hwy 195<br>Haleyville, AL 35565-7039 |
| *Jones Interstate Tire Co.<br>P.O. Box 2713<br>Columbus, MS 39704-2713 | *Lakeland Community Hospital<br>P.O. Box 1619<br>Morristown, TN 37816-1619 | *Precision Truck Products, Inc.<br>P.O. Box 1224<br>Salem, IL 62881-6224 |
| *Sabel Steel Service<br>P.O. Box 4747<br>Montgomery, AL 36103-4747 | *Sandra Wright, Revenue Commissioner<br>P.O. Box 160<br>Double Springs, AL 35553-0160 | *Unistrut Alabama<br>Strut Services Group<br>P.O. Box 5321<br>Birmingham, AL 35207-0321 |
| *Varisystems, Inc.<br>5304 Hubalta Road SE<br>Calgary Alberta T2B 1T6 Canada | *Velvac, Inc.<br>Bin No. 53052<br>Milwaukee, WI 53288-0052 | *Veterans Oil, Inc.<br>2070 Highway 150<br>Bessemer, AL 35022-5454 |
| AT&T Mobility<br>P.O. Box 6463<br>Carol Stream, IL 60197-6463 | Blue Tarp Financial<br>P.O. Box 105525<br>Atlanta, GA 30348-5525 | Buyers Products Company<br>9049 Tyler Blvd<br>Mentor, OH 44060-4800 |
| Cintas<br>P.O. Box 630910<br>Cincinnati, OH 45263-0910 | Columbus Paper & Chemical, Inc.<br>P.O. Box 8367<br>Columbus, MS 39705-0033 | Cunningham Industrial Supply<br>P.O. Box 1333<br>Jasper, AL 35502-1333 |

| | | |
|---|---|---|
| D-Lux Screen Printing, Inc.<br>P.O. Box 127<br>302 N. Star Road<br>Holmen, WI 54636-9760 | Dave's Armature Service<br>3898 Jackson<br>Memphis, TN 38128-6605 | Economy Cleaners<br>100 East 19th Street<br>Jasper, AL 35501-5412 |
| Grainger<br>Dept. 864736244<br>Palatine, IL 60038-0001 | Grimco<br>29538 Network Place<br>Chicago, IL 60673-1295 | Gulf Finance<br>P.O. Box 241567<br>Montgomery, AL 36124-1567 |
| Hyche Landfield<br>P.O. Box 126<br>Addison, AL 35540-0126 | Inline Electric Cullman<br>P.O. Box 7267<br>Huntsville, AL 35807-1267 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jasper Industrial<br>1404 10th Avenue West<br>Jasper, AL 35501-4511 | Joyce White Vance<br>US Attorney General<br>1801 4th Ave North<br>Birmingham, AL 35203-2101 |
| Loretta Lynch US Attorney General<br>US Dept. of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 | Luther Strange<br>Alabama Attorney General<br>PO Box 300152<br>Montgomery, AL 36130-0152 | McGriff Tire & Service<br>86 Walnut St.<br>Cullman, AL 35055-5928 |
| Multiprens USA, Inc.<br>20 Ohio Avenue<br>Kansas City, KS 66118-1129 | NHC Distributors<br>212 Lewis Avenue<br>Philadelphia, MS 39350-2844 | Northwest Alabamian<br>P.O. Box 430<br>Haleyville, AL 35565-0430 |
| Oversize Warning Products, Inc.<br>258 SE 20 Road<br>Great Bend, KS 67530-9664 | Parts Distributing<br>P.O. Box 847139<br>Dallas, TX 75284-7139 | Quill Corporation<br>PO Box 37600<br>Philadelphia, PA 19101-0600 |
| Redneck, Inc.<br>1300 AL-20<br>Tuscumbia, AL 35674 | Reelcraft Industries, Inc.<br>2842 E. Business Highway 30<br>Columbia City, IN 46725 | Ricky Stockton<br>5227 Lake Crest Circle<br>Birmingham, AL 35226-5084 |
| Sam;s Club<br>P.O. Box 530981<br>Atlanta, GA 30353-0981 | Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | Service Tool Co., LLC<br>P.O. Box 12240<br>New Iberia, LA 70562-2240 |
| State Disbursmenn Unit<br>P.O. Box 5400<br>Carol Stream, IL 60197-5400 | State of Alabama<br>Department of Revenue Legal Division<br>PO Box 320001<br>Montgomery, AL 36132-0001 | Strut Services Group, Inc<br>Post Office Box 5321<br>Birmingham, AL 35207-0321 |

| | | |
|---|---|---|
| Thompson Gas<br>285 Helicon Road<br>Arley, AL 35541-2018 | Thomson Linear, LLC<br>3606 Collections Ctr Drive<br>Chicago, IL 60693-0036 | Traders and Farmers Bank<br>c/o John Lowe, Lowe Mobley Lowe & LeDuke<br>PO Box 576<br>Haleyville, AL 35565-0576 |
| U.S. Securities and Exchange Commission<br>Regional Director, Branch of Reorganizat<br>Atlanta Regional Office, Suite 900<br>950 East Paces Ferry Road<br>Atlanta, GA 30326-1180 | United States Attorney<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203-2101 | United States Bankruptcy Administrator<br>Northern District of Alabama<br>1800 Fifth Avenue North<br>Birmingham, AL 35203-2111 |
| Winston Co. Probate Judge<br>c/o Sheila Moore<br>P.O. Box 27<br>Double Springs, AL 35553-0027 | Winston County Sanitation<br>P.O. Box 1119<br>Double Springs, AL 35553-1119 | Kevin D. Heard (SBRA)<br>Heard, Ary & Dauro, LLC<br>303 Williams Avenue<br>Suite 921<br>Huntsville, AL 35801-6084 |
| Richard M Blythe<br>United States Bankruptcy Administrator<br>PO Box 3045<br>Decatur, AL 35602-3045 | Stuart M Maples<br>Maples Law Firm, PC<br>200 Clinton Avenue W.<br>Suite 1000<br>Huntsville, AL 35801-4919 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

*Chase Card Services
P.O. Box 6294
Carol Stream, IL 60197-6294


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Consolidated Electrical Distributors<br>P. O. Box 936364<br>Atlanta, GA 31193-6364 | (u)Marcus Rutland | (u)RJ's Automotive |
| (u)Rowe Building Supply | (d)Stuart M. Maples<br>Maples Law Firm, PC<br>200 Clinton Ave. W<br>Suite 1000<br>Huntsville, AL 35801-4919 | End of Label Matrix<br>Mailable recipients    70<br>Bypassed recipients    5<br>Total                     75 |